# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1934

_____

United States of America,

*Plaintiff - Appellee,*

v.

Christopher Lindsey,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: November 2, 2015
Filed: November 17, 2015
[Unpublished]

_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Christopher Lindsey directly appeals after he pled guilty to fraud and identity-theft offenses, and  the district court[1] sentenced him within his calculated Guidelines

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

range to 180 months in prison. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), acknowledging that Lindsey's plea agreement contained an appeal waiver, and arguing that Lindsey's sentence is unreasonable. Counsel has also moved to withdraw. Lindsey has filed a pro se submission arguing that the appeal waiver is invalid because the district court advised him about his appeal rights.

We conclude that the appeal waiver is valid, and after careful de novo review, *see United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010), we further conclude that the appeal waiver is enforceable as to the issue raised by counsel, *see United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc); *see also Nguyen v. United States*, 114 F.3d 699, 703 (8th Cir. 1997). In addition, an independent review of the record under *Penson v. Ohio*, 488 U.S. 75 (1988), reveals no nonfrivolous issues outside the scope of the appeal waiver. Accordingly, the appeal is dismissed, and counsel's motion to withdraw is granted.

_____